UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. MILLER, | No. 2:23-cv-00666-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY JAIL, | |
| Defendant. | |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 2). In response to the court's April 14, 2023 order, he filed a copy of his trust account statement (ECF No. 7). That trust account statement, however, is not certified as required by 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a *certified* trust account statement to complete his request for leave to proceed in forma pauperis.[1] Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: May 2, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials.