UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY JAIL,<br><br>　　　　Defendant. | No. 2:23-cv-00666-DAD-EFB (PC)<br><br>FINDINGS AND RECOMMENDATIONS |

  Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

  On August 7, 2023, the court screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A.  ECF No. 24.  The court dismissed the complaint for failure to state a claim and granted plaintiff thirty days in which to file an amended complaint to cure the deficiencies.  *Id.*  The screening order warned plaintiff that failure to comply could result in a recommendation that this action be dismissed.

  Plaintiff failed to file the amended complaint within the time provided, and the court accordingly dismissed the action and entered judgment.  ECCF Nos. 27, 28.  Plaintiff sought relief from the dismissal on the grounds of excusable neglect, which the court granted on December 3, 2024.  ECF Nos. 30, 32, 33.  The court again provided plaintiff with 30 days to file an amended complaint or to notify the court of his intent not to do so.  ECF No. 33.

1

1   The time for acting has now passed and plaintiff has not filed an amended complaint or
2   otherwise responded to the court's order.  Thus, it appears that plaintiff is unable or unwilling to
3   cure the defects in the complaint.
4   Accordingly, it is RECOMMENDED that this action be DISMISSED without prejudice
5   for failure to state a claim.
6   These findings and recommendations are submitted to the United States District Judge
7   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
8   after being served with these findings and recommendations, any party may file written
9   objections with the court and serve a copy on all parties.  Such a document should be captioned
10  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
11  objections shall be served and filed within fourteen days after service of the objections.  The
12  parties are advised that failure to file objections within the specified time may waive the right to
13  appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez
14  v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 27, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2